# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS E. MARLER, #05720-093 | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 22-00108 LEK-KJM |
| V. | |
| ESTELA DERR, DR. KWON | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Sep 20, 2022, 10:25 am John A. Mannle, Clerk of Court |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice for failure to comply with the "Order Dismissing First Amended Complaint With Leave Granted to Amend", ECF No. 18, filed on August 3, 2022 and judgment is entered in favor of Defendants Estela Derr and Dr. Kwon pursuant to the Entering Order, filed on September 19, 2022, ECF No. 19. The Plaintiff is notified that this dismissal shall count as a strike under 28 U.S.C. § 1915(g) unless it is later overturned on appeal.

| | |
|---|---|
| September 20, 2022 | JOHN A. MANNLE |
| Date | Clerk |
| | /S/JOHN A. MANNLE  by EA |
| | (By) Deputy Clerk |